# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LOPEZ MUNGUIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>J. FRIAS, D. POLLARD, G. SIOTA, R. SUTTON, A. LOPEZ, W. GRIGGS,<br><br>　　　　　　　　　　Defendants. | Civil No.　07-1016 J (AJB)<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

　　　　Plaintiff, an inmate proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. [Doc. No. 1.] Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint. [Doc. No. 6.]

　　　　Under the Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Defendants have not yet served a responsive pleading, and Plaintiff has not yet filed an amended pleading. Plaintiff may therefore file a First Amended Complaint without seeking leave of the Court. Accordingly, Plaintiff's Motion for Leave to File an Amended Complaint is moot. The Court reminds Plaintiff that the amended complaint must be complete in itself without reference to the original complaint. *See* Local R. 15.1. All

1  claims not re-alleged in the amended complaint will be deemed to have been waived. *See*
2  *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).
3     **IT IS SO ORDERED.**
4  DATED:  August 29, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

7  cc:   All Parties
       Magistrate Judge Battaglia