cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Lopez MUNGUIA,               ) | Civil No.07cv1016 J (AJB) |
|                     ) | |
|             Plaintiff,      ) | |
| v.                        ) | **ORDER GRANTING PLAINTIFF'S** |
|                     ) | **MOTION FOR LEAVE TO FILE AN** |
| J. FRIAS, et al.,              ) | **OPPOSITION** |
|                     ) | |
|             Defendants.     ) | [Doc. No. 32.] |
|                     ) | |

On February 29, 2008, Plaintiff filed a "motion for leave to file traverse" to Defendant's motion to dismiss Plaintiff's First Amended Complaint past the due date. The Court notes that this is an opposition to Defendants' motion to dismiss Plaintiff's first amended complaint.[1] Plaintiff claims that he needed extra time to file his papers because he had limited use of the library due to institutional limitations, such as lock downs and library closures, and needed time to learn how to use the computers.

//

//

//

---

[1] The Court notes that on February 25, 2008, Plaintiff filed an opposition to Defendants' motion to dismiss the original complaint filed on June 4, 2007. Defendants' motion to dismiss, filed on November 2, 2007, was mooted when District Judge Jones allowed the filing of the First Amended Complaint on December 11, 2007.

1

07cv1016

1  Good cause appearing, the Court GRANTS Plaintiff's motion for leave of court to file an opposition.
2  Accordingly, the Clerk of Court shall file the opposition.
3  IT IS SO ORDERED.

5  DATED: June 3, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court