# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS LOPEZ MUNGUIA, | ) | Civil No. 07cv1016 J (AJB) |
| | ) | |
| Plaintiff, | ) | **ORDER REFERRING THE CASE TO THE HONORABLE ANTHONY J. BATTAGLIA FOR ALL FURTHER PROCEEDINGS AND ENTRY OF JUDGMENT** |
| v. | ) | |
| J. FRIAS, et al., | ) | |
| Defendants. | ) | |

    Pending before the Court is Defendants' *ex parte* application for an order referring the case to the magistrate judge. All parties have consented to jurisdiction by the magistrate judge.

    Accordingly, **IT IS HEREBY ORDERED** Defendants' request is **GRANTED**. In accordance with 28 U.S.C.§ 636(c) and Federal Rule of Civil Procedure 73, this case is referred to the Honorable Anthony J. Battaglia for all further proceedings and the entry of judgment. All dates pending before this Court are **VACATED**.

DATED: October 19, 2009

                                          HON. NAPOLEON A. JONES, JR.
                                          United States District Judge

cc: Magistrate Judge Battaglia
     All Counsel of Record